Lawrence Brewster
Regional Solicitor
Daniel J. Chasek
Associate Regional Solicitor
**SUSAN SELETSKY**, Attorney (CSBN 176106)
Office of the Solicitor (Sol#0918629)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
  Telephone: (213) 894-4983
  Facsimile:  (213) 894-2064
seletsky.susan@dol.gov

Attorneys for the Petitioner

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS,<br> Secretary of Labor,<br> United States Department of Labor,<br><br>   Petitioner,<br><br>  v.<br><br>GURU KNITS, INC.<br><br>   Respondent. | CV 09-06292 R PJWx<br><br>(~~Proposed~~) ORDER TO SHOW CAUSE ON SECRETARY OF LABOR'S PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA DUCES TECUM |

  Petitioner, Hilda L. Solis, Secretary of Labor, United States Department of Labor, has applied to this Court for an Order requiring the Respondent, Guru Knits, Inc. ("Respondent"), a corporation, to appear, and produce the records, papers, and documents set forth in a subpoena *duces tecum* issued by the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, pursuant to Section 9 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 209, and duly served upon the Respondent.

  Having considered the matters set forth in the Petitioner's pleadings herein, it is hereby

  ORDERED that Respondent appear and SHOW CAUSE, if any there be, why the Respondent should not be ordered by this Court to comply with the administrative subpoena *duces tecum* issued to the Respondent by the Regional Administrator, Wage and

1  Hour Division, U.S. Department of Labor on August 4, 2009 (a copy of which is Exhibit
2  4 of the Petition filed herein); and it is further
3      ORDERED that Respondent serve and file a response to the Petition no later than
4  ten days before the hearing on this matter specifically admitting or denying each allega-
5  tion of the Petition and setting forth the cause, if any there be, why the Petition should
6  not be granted; and it is further
7      ORDERED that the Respondent appear at a hearing to be held on the Petition on
8  Date of Hearing: __October 5, 2009__
9  Time of Hearing: __10:00 AM__
10  Location: __Courtroom 8__ ; and it is further
11      ORDERED that an investigator with the Wage and Hour Division, U.S. Depart-
12  ment of Labor, serve, or cause to be served, on the Respondent a copy of this Order To
13  Show Cause and a copy of the Petition (and supporting documents) filed by the Peti-
14  tioner.
15      Dated: __August 31__, 2009.
16  Presented by:
17  CAROL A. DEDEO
18  Deputy Solicitor for National Operations
19  LAWRENCE BREWSTER
20  Regional Solicitor
21  DANIEL J. CHASEK
22  Associate Regional Solicitor
23  
24  SUSAN SELETSKY
25  Senior Trial Attorney
26  Office of the Solicitor
   Attorneys for the Petitioner
27  
28