1  Lawrence Brewster
   Regional Solicitor
2  Daniel J. Chasek
   Associate Regional Solicitor
3  **SUSAN SELETSKY, Attorney** (CSB 176106)
   Office of the Solicitor
4  United States Department of Labor
   350 S. Figueroa Street, Ste. 370
5  Los Angeles, CA  90071-1202
        Telephone:  (213) 894-4983
6       Fax:  (213) 894-2064
7  seletsky.susan@dol.gov

8  Attorneys for the Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HILDA L. SOLIS,**<br>    Secretary of Labor,<br>    United States Department of Labor,<br><br>                         Petitioner,<br><br>              v.<br><br>**GURU KNITS, INC.**<br><br>                         Respondent. | CV 09-06292 R PJWx<br><br>**NOTICE OF DISMISSAL**<br>**(Fed.R.Civ.Pro. 41(a)(1)(A)(i))** |

   Petitioner Hilda L. Solis, Secretary of Labor, United States Department of Labor, filed this action to compel Respondent, Guru Knits, Inc., to comply with an administrative subpoena duces tecum issued by the Wage Hour Division, United States Department of Labor.

   Respondent has not entered its appearance in this matter and has now supplied to Petitioner the documents requested by the subpoena.  Therefore, pursuant to Federal Rules of Civil Procedure 4l(a)(l)(A)(i), this action is hereby DISMISSED.

///

///

1 | Dated: Oct 2 2009

CAROL A. DEDEO
Deputy Solicitor for National Operations

LAWRENCE BREWSTER
Regional Solicitor

DANIEL. J. CHASEK
Associate Regional Solicitor

*/s/ Susan*
SUSAN SELETSKY
Attorney, Office of the Solicitor
U.S. Department of Labor
Attorneys for the Petitioner

## Declaration of Service

I, the undersigned declarant, hereby say:

1. I am over the age of 18 years and I am employed in the Office of the Solicitor, the attorney of record herein for the U.S. Department of Labor.

2. On the date of execution of this Declaration, I caused to be served on each other party to this litigation a true and correct copy of the attached

**NOTICE OF DISMISSAL**

by faxing to each party listed below at the fax number indicated and by depositing in a U.S. Postal Service mail box located in Los Angeles, California, a copy thereof in sealed, postage-paid envelope(s) addressed to:

Bernard Lax
Bernard Lax & Associates
P.O. Box 16231
Beverly Hills, CA  90209
Fax: (310) 815-4990

Robert Ezra
Ezra Brutzkus Gubner LLP
21650 Oxnard Street
Suite 500
Woodland Hills, CA  91367
Fax:  (818) 827-9099

3. This Declaration was duly executed in Los Angeles, California, and was so executed on the date that is specified below just above my signature as the declarant herein.

I have read this Declaration; and I hereby say, under penalty of perjury, that this Declaration is true and correct.

Dated: _October 2_, 2009.

Laura Matus, Declarant